IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:09CV817–HEH<br>) |
| V. CASSEL ADAMSON, JR., | )<br>)<br>) |
| Defendant. | )<br>) |

## FINAL ORDER
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B), filed by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on September 15, 2010 (Dk. No. 22). Having reviewed the R&R and there being no objections, the Court finds that there is no clear error on the face of the record. The Court HEREBY ACCEPTS and ADOPTS the R&R. In accordance with the R&R, Plaintiff's Motion for Summary Judgment (Dk. No. 14) is GRANTED.

It appearing that all matters in controversy have been resolved, this matter is hereby closed and removed from the Court's docket.

Defendant's failure to raise objections to the Magistrate Judge's R&R waives his right to appellate review of this Order. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315-16 (4th Cir. 2005); *Page v. Lee*, 337 F.3d 411, 416 n.3 (4th Cir. 2003).

The Clerk is directed to send a copy of this Order to all counsel of record and to *pro se* Defendant.

It is SO ORDERED.

                                                  /s/
                                      Henry E. Hudson
                                      United States District Judge

Date: Oct. 6, 2010
Richmond, VA